IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Subpoena to Sensaphonics Inc. in the action:<br><br>STATON TECHIYA, LLC and SYNERGY IP CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-07203<br><br>Judge: Hon. Harry D. Leinenweber<br><br>Related Cases:<br><br>*Staton Techiya, LLC and Synergy IP Corp. v. Samsung Elecs. Co., Ltd., and Samsung Elecs. America, Inc.*, Case No. 2:21-cv-00413-JRG-RSP (E.D. Tex. 2021) (Lead Case)<br><br>*Staton Techiya, LLC and Synergy IP Corp. v. Samsung Elecs. Co., Ltd., and Samsung Elecs. America, Inc.*, Case No. 2:22-cv-00053-JRG-RSP (E.D. Tex. 2022) (Member Case) |

**MOTION TO CONTINUE HEARING**
**REGARDING SAMSUNG'S MOTION TO COMPEL**

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") respectfully requests that the Court continue the hearing scheduled for June 29, 2023.

On May 4, 2023, this Court held a teleconference regarding the Motion to Compel Discovery (Dkt. 1) filed by Samsung. During the teleconference, the Court ordered Sensaphonics, Inc. ("Sensaphonics") to make a witness available for an in-person deposition in Chicago. The Court also ordered another status conference for June 6, 2023, which was recently rescheduled for June 29, 2023. *See* Dkts. 26–27.

After this Court's ruling on Samsung's Motion to Compel, on May 12, 2023, Samsung filed a motion to take the deposition of Sensaphonics out of time in the underlying Texas litigation.

1

*See Staton Techiya, LLC and Synergy IP Corp. v. Samsung Electronics Co., Ltd. et. al*, CA No. 2:21-cv-00413-JRG-RSP, Dkt. 397 (E.D. Tex.). Briefing was completed on June 2, 2023. *Id.* at Dkts. 400, 405, 411. The Texas court has ruled that taking the deposition is permitted but has not yet ruled on the extent to which it may be used in the litigation. *Id.* at Dkt. 410. As an accommodation to a request made by Staton Techiya, LLC, Samsung agreed to defer taking the Sensaphonics deposition until after the court has fully ruled on this issue. Sensaphonics agreed to this accommodation as well. Samsung therefore requests a continuance of the hearing scheduled for June 29, 2023.

To avoid spending time and resources on a hearing to discuss a deposition that has not yet happened, Samsung requested whether Sensaphonics would join in this motion. Sensaphonics declined and indicated that it opposes.

Accordingly, Samsung requests that the June 29, 2023 hearing in this matter be continued. Once the Texas court has issued its ruling, Samsung will promptly provide an update to the Court.

Dated: June 28, 2023

/s/ *Peter J. Evangelatos*
David Rokach (IL Bar # 6279703)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com

Ali-Reza Boloori
(admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email: ali-reza.boloori@kirkland.com

Peter J. Evangelatos
(admitted *pro hac vice*)

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: peter.evangelatos@kirkland.com

*Attorneys for Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 28, 2023. Any other counsel with be served by electronic and/or first class mail.

                                                   */s/ Peter J. Evangelatos*
                                                   Peter J. Evangelatos